UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROY RYAN; SAUNDRA RYAN, an individual and as personal representative and successor in interest of THE ESTATE OF ROY RYAN,<br><br>                Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAI'I; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.: 3:21-cv-01024-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT THE RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAI'I'S TIME TO RESPOND TO THE COMPLAINT**<br><br>**[ECF No. 5]** |

Plaintiffs the Estate of Roy Ryan and Saundra Ryan (collectively "Plaintiffs") and Defendant Research Corporation of The University of Hawai'i ("RCUH") filed a Joint Motion for Extension of Time to Respond to the Complaint (the "Joint Motion"). ECF No. 5. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant RCUH shall file its responsive pleading on or before July 2, 2021.

**IT IS SO ORDERED.**

Dated: June 4, 2021

                                          **HON. ROGER T. BENITEZ**
                                          United States District Judge